IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SUE MOORE,<br><br>              Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant | ) Case No.: 1:10-cv-01826 JLT<br>)<br>) ORDER GRANTING EXTENSION OF TIME<br>)<br>) (Doc. 13)<br>)<br>)<br>)<br>) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Kimberly Sue Moore to filer her Opening Brief. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 8 at 4). Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until June 4, 2011, to file her Opening Brief.

IT IS SO ORDERED.

Dated:   **April 29, 2011**                              /s/ Jennifer L. Thurston
                                                   UNITED STATES MAGISTRATE JUDGE

1