IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SUE MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:10-cv-01826 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Stephanie Garcia to file her Opening Brief. (Doc. 16) The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 8 at 4) Here, Plaintiff requests an extension of seven days.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time until **July 18, 2011**, to file her Opening Brief.

IT IS SO ORDERED.

Dated:  **June 10, 2011**　　　　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1