1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KIMBERLY SUE MOORE,                    ) Case No.: 1:10-cv-01826 JLT
                                           )
12          Plaintiff,                     ) AMENDED ORDER GRANTING
                                           ) EXTENSION OF TIME
13       v.                                )
                                           ) (Doc. 16)
14  MICHAEL J. ASTRUE,                     )
    Commissioner of Social Security,       )
15                                         )
            Defendant                      )
16  _____ )

17          Parties have stipulated by counsel to extend the period of time for Michael J. Asture,

18  Commissioner of Social Security ("Defendant") to file a response to the opening brief.  (Doc. 16).

19  The Scheduling Order allows a single thirty-day extension by the stipulation of parties.  (Doc. 5 at 4).

20  On April 28, 2011, the parties stipulated Plaintiff should have the extension of time to file her

21  opening brief.  (Docs. 13-14).  Here, defense counsel asserts that he had to leave town on short

22  notice due to a family matter.  (Doc. 16).  Therefore, the parties stipulated to a second extension of

23  time for filing the responsive brief.  *Id.*

24          Accordingly, IT IS HEREBY ORDERED that Defendant is granted an extension of time until

25  **July 18, 2011**, to file a response to Plaintiff's opening brief.

26  IT IS SO ORDERED.

27  Dated:  __June 16, 2011__                          _____
                                                        **/s/ Jennifer L. Thurston**
28                                                      UNITED STATES MAGISTRATE JUDGE

1